William Beard and Others v. General Lighterage Company.—

Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.